**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RONDA SILLER**                                                       **PLAINTIFF**

V.                     **CASE NO. 3:07CV00138 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

In accordance with the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed. Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 17th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE